741 A.2d 94

IN THE MATTER OF AN ADOPTION BY J.G.C. (DIVISION OF YOUTH AND FAMILY SERVICES—PETITIONER).

August 5, 1999.

Petition for certification is granted, and the matter is summarily remanded to the Superior Court, Appellate Division for reconsideration in light of *In Re Guardianship of K.H.O.*, 161 *N.J.* 337, 736 *A.2d* 1246 (1999) and *In Re Guardianship of DMH*, 161 *N.J.* 365, 736 *A.2d* 1261 (1999).